IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>PARKER ENLOE,<br><br>                Defendant. | MEMORANDUM DECISION AND ORDER GRANTING TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:14CR141DAK<br><br>Judge Dale A. Kimball |

      Defendant Parker Enloe has filed a motion for early termination of supervised release. The District of Nevada transferred jurisdiction over Defendant's term of supervised release to this District on March 24, 2014. Defendant was sentenced to one-month incarceration and sixty months term of supervised release. Defendant has served approximately two years of his five-year term.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any

policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

Defendant's motion for early termination of supervised release is supported by his probation officer. Defendant has met the conditions of his supervised release. His probation officer states that he has required minimal supervision. Defendant continues to owe a substantial amount of restitution but he has been responsible in making his payments and will continue to do so. He has steady employment and can advance more readily in his employment if supervised release is terminated. Based on Defendant's conduct, the court finds that an early termination of supervised release is warranted.

Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 3rd day of September, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge